UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. 05- |
| | : | |
| v. | : | |
| | : | |
| **ROSA CHAVEZ,** | : | VIOLATIONS: |
| | : | |
| Defendant. | : | 18 U.S.C. §§ 201(b)(2)(A) and (C) |
| | : | (Receipt of a Bribe by a Public Official) |

## INFORMATION

The United States Attorney informs the Court that:

1. At all times material to this Information, defendant ROSA CHAVEZ was employed by the District of Columbia Office of Finance and Treasury as a clerk, assigned to work at the Department of Motor Vehicles (hereinafter referred to as "DMV") at the main office at 301 C Street, N.W. in Washington, D.C.

2. At all times material to this Information, included among the official duties of defendant ROSA CHAVEZ at DMV were the responsibilities to process applications for driver's licenses submitted by individuals seeking to obtain District of Columbia driver's licenses.

3. From in or about January of 2002 through on or about October, 2004, in a continuing course of conduct, defendant ROSA CHAVEZ, being a public official, did directly and indirectly, corruptly demand, seek, receive, accept, and agree to receive and accept, things of value, to wit, United States currency, in return for her (a) being influenced in the performance of defendant ROSA CHAVEZ's official acts and (b) being induced to do and omit to do acts in violation of defendant ROSA CHAVEZ's official duties, to wit, defendant ROSA CHAVEZ received United States currency for her personal use directly or indirectly from individuals who were seeking District of Columbia driver's licenses in return for defendant ROSA CHAVEZ not verifying the applicants's

name and residency in the District of Columbia, and failing to obtain compliance from the applicants of other requirements for obtaining a District of Columbia driver's license, including her failing to require the applicants to complete written and road tests.

**(Receipt of a Bribe by a Public Official, in Violation of 18 United States Code, Sections 201(b)(2)(A) and (C))**

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        UNITED STATES ATTORNEY
        D.C. Bar #451058


BY: _____
        DANIEL P. BUTLER
        ROBERT C. BOWMAN
        ASSISTANT U.S. ATTORNEYS
        Fraud & Public Corruption Section
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        (202) 353-9431 and (202) 353-2877