IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. 05-189 (JGP) |
| v. | : |
| | : UNDER SEAL |
| ROSA CHAVEZ, | : |
| Defendant | : |

### ORDER

Based on the representations in the attached Government's Motion to Seal Plea Agreement, Pleadings and Other Filings, this Court makes the following:

### FINDINGS OF FACT

1. The general public is not aware that this on-going investigation involves the defendant cooperating with the government and the potential identification of other individuals involved in bribing D.C. Department of Motor Vehicle employees.

2. The public docketing at this time of any notice that the defendant has entered into a cooperation agreement with the Government, including the accompanying statement of offense and this Motion to Seal as well as the Order granting such motion will likely jeopardize an on-going criminal and grand jury investigation, and might otherwise put the defendant's safety at risk.

3. Based on the representations in the Government's Motion to Seal, this Court also FINDS that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the plea agreement, statement of offense, Government's Motion to Seal and this Order have been

filed with the Criminal Clerk's office under seal.[1]

Based on the above Findings of Fact, it is this 27th day of May, 2005, hereby

ORDERED that this Order, and the attached government motion to seal the plea agreement and other pleadings, recordings, and files and to delay entry on the public docket of the filing of this motion to seal shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further

ORDERED that the plea agreement, and all existing and future pleadings (save the criminal information itself), records and files in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court.

It is further

ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the plea agreement, the government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

It is further

ORDERED, that the government notify the Court as soon as the need for sealing no longer exists.

/s/ John Garrett Penn
JOHN GARRETT PENN
JUDGE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

---

[1] See Post v. Robinson, 935 F.2d 282, 289, fn. 10 (D.C. Cir. 1991).

6