UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Criminal Action No. 05-0198 (JGP) |
| v. | ) | (UNDER SEAL) |
| | ) | |
| | ) | |
| ROSA CHAVEZ | ) | |
| | ) | |

ORDER

The plea hearing previously scheduled for June 1, 2005 is continued to June 7, 2005 at 2:30 PM in Courtroom 15.

**SO ORDERED.**

DATE: June 6, 2005

JOHN GARRETT PENN
United States District Judge