*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **Criminal Action No. 05-0198 (JGP)** |
| **v.** ) | **(UNDER SEAL)** |
| ) | |
| ) | |
| **ROSA CHAVEZ** ) | |
| ) | |

**ORDER**

Defendant failed to appear for a hearing on June 7, 2005. Accordingly, it is hereby

**ORDERED** that this matter is continued to a date to be set by the Court; and it is further

**ORDERED** that defense counsel file a status report with the court on or before June 10, 2005.


**DATE: June 7, 2005**                                                    **JOHN GARRETT PENN**
                                                                                              **United States District Judge**