*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | **Criminal Action No. 05-0198 (JGP)** |
| **v.** ) | **(UNDER SEAL)** |
| ) | |
| ) | |
| **ROSA CHAVEZ** ) | |
| ) | |

**ORDER**

A plea hearing in this case is scheduled for July 26, 2005 at 11 AM in Courtroom 15.

**SO ORDERED**.


**DATE: July 19, 2005**                    **JOHN GARRETT PENN**
                                            **United States District Judge**