**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Criminal No.  05-198 (JGP)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | **UNDER SEAL** |
| **ROSA CHAVEZ,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**GOVERNMENT'S NOTICE OF FILING**

The United States of America, by its attorney, the United States Attorney for the District of

Columbia, submits herewith the current, signed plea agreement and statement of offense in the

above-referenced matter.  The United States respectfully requests that the Court hold a hearing at its

earliest possible convenience in order to accept the defendant's plea in this case.


                              Respectfully submitted,

                              KENNETH L. WAINSTEIN
                              UNITED STATES ATTORNEY
                              D.C. BAR # 451058



By:      _____
                              DANIEL P. BUTLER, D.C. Bar #417718
                              ROBERT C. BOWMAN, D.C. Bar#417176
                              ASSISTANT U.S. ATTORNEYS
                              555 4th Street, N.W.
                              Washington, D.C. 20530
                              (202) 353-9431 and (202) 353-2877
                              Daniel.Butler@usdoj.gov
                              Robert.C.Bowman@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served by U.S. Mail upon counsel for the defendant,  Melvin L. Otey,  Esq., 3609 Georgia Ave., N.W., Suite 200 Washington, D.C.  20010, on this \_\_\_\_ day of July, 2005.


_____
DANIEL P. BUTLER
ROBERT C. BOWMAN
ASSISTANT UNITED STATES ATTORNEYS