IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: 05- |
| v. | : | |
| ROSA CHAVEZ, | : | |
| Defendant. | : | |

### STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Rosa Chavez, with the concurrence of her attorney, Melvin Otey, Esq., agree and stipulate as follows:

Defendant Chavez is charged by Information with one count of Bribery, pursuant to 18 U.S.C. §§ 201(b)(2)(A) and (C).

At all times material herein, defendant Chavez was employed as a Clerk with the District of Columbia Department of Motor Vehicles (hereinafter referred to as "DMV") at the main office at 301 C Street, N.W., in Washington, D.C. Among the official duties of defendant Chavez was that of processing applications submitted by individuals seeking to obtain District of Columbia driver's licenses.

Beginning in or about the early part of 2002, defendant Chavez began selling driver's licenses. Defendant Chavez told law enforcement that she began selling driver's licenses to a primarily Hispanic clientele because she was "trying to help out." Defendant Chavez stated that she was paid approximately $400 for each fraudulent license which she issued; however, some individuals indicated to her that they did not have that amount of money, and from these

individuals she would accept $250. The defendant Chavez input false claims into the DMV computer in order to create and issue the driver's licenses, including claims: (a) that she had received information that the applicant's out-of-state license had expired; (b) that the individual had passed the eye test; (c) that the applicant had submitted documentation of residency in the District of Columbia; and (d) that the applicant had passed the required written and road tests. On occasions when the names provided by the individuals seeking the fraudulent licenses did not match the Social Security Numbers (SSN) or dates of birth, as indicated by the DMV computer, defendant Chavez would overlook the discrepancies, enter false justifications into the computer to attempt to explain the discrepancies and proceed to create and issue the fraudulent licenses.

Typically, defendant Chavez worked with a middle-man. The middle-man solicited individuals in need of valid driver's licenses, but who, for a variety of reasons, could not or did not want to obtain such licenses through legitimate means. Defendant Chavez was paid a portion of the overall bribe paid to the middle-man in order for her to produce the fraudulent licenses. Frequently, the middle-man would pay her share of the bribe to her after work hours. The number of fraudulent driver's licenses defendant Chavez issued fluctuated from week to week. However, initially in 2002, defendant Chavez issued, on average, three to four fraudulent driver's licenses each week, and this number increased significantly over time.

During the course of the bribery scheme, "customers" seeking fraudulent licenses paid out more than $70,000 in bribes in order that Chavez produce the fraudulent driver's licenses.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA
D.C. Bar No. 451058

By: *[signature]*

DANIEL P. BUTLER
D.C. Bar No. 417718
ROBERT C. BOWMAN
D.C. Bar No. 417176
Assistant United States Attorneys
555 4th Street, N.W.
Washington, D.C. 20530
(202) 353-9431 and (202) 353-2877

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Fed. R. Crim. P. 11, after consulting with my attorney, Melvin L. Otey, I agree and stipulate to this Statement of Offense.

Date: 7-15-05      *[signature]*
Rosa Chavez
Defendant

I have discussed this Statement of Offense with my client, Rosa Chavez. I concur with her decision to stipulate to this Statement of Offense.

Date: 7-15-05      *[signature]*
Melvin L. Otey, Esquire
Attorney for Defendant Rosa Chavez

3