AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

─── DISTRICT OF ───

**FILED**
JUL 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

Rosa Chavez

WAIVER OF INDICTMENT

CASE NUMBER: 05-198

I, Rosa Chavez, the above named defendant, who is accused of Receipt of a Bribe by a Public Official

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on  7/26/05  prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

11:31 AM
7/26/2005