UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) Criminal Action No. 05-0198 (JGP) |
| v. | ) |
| | ) |
| | ) |
| ROSA CHAVEZ | ) |
| | ) |

FILED
JUL 2 7 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

On July 26, 2005, Defendant pled guilty to a one-count criminal information. Accordingly, it is hereby

**ORDERED** that the Probation Office submit the presentence investigation report to the Court on or before November 1, 2005; and it is further

**ORDERED** that the parties are permitted to file memoranda in aid of sentencing on or before November 8, 2005; and it is further

**ORDERED** that this matter is set down for sentencing on November 15, 2005 at 10 A.M. in Courtroom 15.

DATE: July 27, 2005                              JOHN GARRETT PENN
                                                  United States District Judge