UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Criminal Action No. 05-0198 (JGP) |
| v.           ) | (UNDER SEAL) |
| ) | |
| ) | **FILED** |
| ROSA CHAVEZ        ) | |
| ) | JUL 2 7 2005 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

ORDER

A hearing in this matter took place on July 26, 2005 at which the parties represented that there was no reason for this matter to remain under seal. The Court thus ruled that the seal be lifted as to all pleadings, transcripts, docket entries, and hearings subsequent to its order. Accordingly, it is hereby

**ORDERED** that the Clerk of the Court file all pleadings, transcripts, and other documents originating subsequent to the July 26, 2005 bench ruling on the public docket; and it is further

**ORDERED** that the Clerk of the Court maintain **UNDER SEAL** all pleadings, transcripts, and docket entries originating prior to the July 26, 2005 bench ruling except for the Information [docket #1].[1]

DATE: July 27, 2005

JOHN GARRETT PENN
United States District Judge

---

[1] This means that the portion of the July 26, 2005 hearing transcript preceding the point at which the arraignment proceeding began should be filed under seal. The portion subsequent to that shall be filed on the public docket.