United States of America  
v.  
Rosa Chavez  
Defendant's name

Case No. 05-198

**UNITED STATES DISTRICT COURT**  
**FOR THE DISTRICT OF COLUMBIA**

Defendant's address _____ Defendant's phone no. _____

**YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:**

**PERSONAL PROMISE** [X]  
- **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.
- [ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

**OF**  
- [ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court _____ %.
- [ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

**YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:**

FILED  
JUL 2 6 2005  
NANCY MAYER WHITTINGTON, CLERK  
U.S. DISTRICT COURT

[ ] 1) **SUPERVISORY CUSTODY** — You hereby agree to be placed in the custody of _____ who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone 442-1000.

[ ] 2) **YOU ARE TO REPORT** [X] weekly  other-specify to Probation  [ ] in person  [ ] by phone  [ ] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000.  [ ] Your attorney, whose name and address is shown below.

[ ] 3) **YOU ARE TO LIVE** at 1401 Ogilthorpe St Washington DC

[ ] 4a) **YOU ARE TO WORK** by obtaining a job within ____ days and reporting it to the D.C. Pretrial Services Agency at 442-1000. by maintaining your job as _____

[ ] 4b) **YOU ARE TO STUDY** by enrolling in school at _____ by maintaining your student status at _____

[ ] 5) **YOU ARE TO STAY** away from the complaining witness. Within the D.C. area.

[ ] 6) **NARCOTICS** no weapons or drugs

[ ] 7) **OTHER CONDITION** cooperate with Probation Office don't leave metro area without permission of Court

[ ] 8) **REARREST** Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand.

**NEXT DUE BACK** in Courtroom 11/15 at 10 AM  
YOUR ATTORNEY: MELVIN OTEY  
202-882-0022

**DEFENDANT'S SIGNATURE** ▶ Rosa Chavez  
WITNESSED BY _____

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS  
BLUE—TO JUDGE  
GREEN—TO D.C. PRETRIAL SERVICES AGENCY  
CANARY—TO DEFENSE ATTORNEY  
PINK—TO U.S. ATTORNEY  
GOLDENROD—TO DEFENDANT  

Date 7/26/05  
SO ORDERED  
Signature of Judge