UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO.: CR-05-0198 |
| | ) | |
| Rosa Chavez | ) | |

**FILED**

NOV 1 0 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

The Presentence Report in the above-captioned case has been completed by the U.S. Probation Officer. The probation officer has reported that a copy of the form entitled, "Receipt and Acknowledgment of Presentence Investigation Report" has not been executed by the counsel for the defendant.

Accordingly, it is by the Court, this 10th day of November, 2005,

**ORDERED,** that within five days of the date of this Order, counsel for the defendant shall execute the receipt and acknowledgment form and counsel for the defendant shall hand-deliver the same to the U.S. Probation Office.

_____
JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE

NOV 1 0 2005
_____
DATE