UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-198-01 (JGP)** |
| | : | |
| v. | : | |
| | : | |
| **ROSA CHAVEZ,** | : | **UNDER SEAL** |
| | : | |
| **Defendant.** | : | |
| | : | |

## GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL THE INFORMATION, PLEA PROCEEDING AND FUTURE PROCEEDINGS IN THIS CASE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits this motion to unseal the criminal Information, plea materials and plea proceeding in this case.[1]  In support of this motion the government states as follows:

1. On July 26, 2005, defendant Rosa Chavez pled guilty before the Court to a one-count Indictment charging her with receipt of bribes by a public official, in violation of 18 U.S.C. § 201(b)(2)(A) and (C).

2. Although the plea agreement did not require defendant to cooperate with the government, because of potential cooperation by the defendant, the Court orally ordered that this matter be placed under seal

3. Whatever chance there was for cooperation has run its course.  Therefore, the reasons that justified the Court's original sealing order are no longer operative.  Accordingly, the government respectfully submits that the Court should enter the attached proposed order unsealing this matter in its entirety.

---

[1] By prior Order of the Court, all pleadings in this case are to be filed under seal.

4. Government counsel advised defense counsel of the contents of this motion. He told government counsel he does not oppose this motion.

WHEREFORE, it is respectfully requested that this motion be granted.

    Respectfully submitted,

    KENNETH C. WAINSTEIN
    UNITED STATES ATTORNEY
    D.C. BAR # 451058


By: _____
    ROBERT BOWMAN, D.C. Bar #417176
    DANIEL P. BUTLER, D.C. Bar #417718
    ASSISTANT U.S. ATTORNEYS
    555 4th Street, N.W.
    Washington, D.C. 20530
    (202) 353-2877 and (202) 353-9431
    Robert.Bowman@usdoj.gov
    Daniel.Butler@usdoj.gov


### CERTIFICATE OF SERVICE

I hereby certify that a copy of Government's Unopposed Motion to Unseal the Criminal Information Plea Proceedings, and Future Proceedings in this Case has been sent by U.S. Mail to counsel for the defendant, Melvin L. Otey, Esq., 3609 Georgia Ave., N.W., Suite 200, Washington, D.C. 20010, on this _____ day of November, 2005.


_____
ROBERT BOWMAN
DANIEL P. BUTLER
Assistant United States Attorneys