UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 05-198-01 (JGP)** |
| | : | |
| v. | : | |
| | : | |
| **ROSA CHAVEZ,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**O R D E R**

Based on the representations in the attached Government's Unopposed Motion to Unseal the Information, Plea Materials, Plea Proceeding and Future Proceedings, and the entire record in this matter, it is hereby

**ORDERED** that the motion is GRANTED and the Court's previously entered sealing order is VACATED.

_____
JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

_____
DATE

cc:   Melvin L. Otey, Esq
      Counsel for Defendant

      Robert Bowman
      Daniel P. Butler
      Assistant U.S. Attorneys

1