IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | )  Case No: 05-198 |
| | ) |
| **ROSA CHAVEZ,** | ) |
| | ) |
| **Defendant.** | ) |

<u>PRAECIPE</u>

Will the Clerk of Court please note the change of address for the undersigned attorney. The new address and telephone numbers are as follows:

Law Offices of Melvin L. Otey, PLLC
3609 Georgia Ave., NW Suite 200
Washington, DC 20010
202-882-0050 fax
202-882-0022

Respectfully submitted,

_____/s/_____
Melvin L. Otey, Esq.
Law Offices of Melvin L. Otey, PLLC
3609 Georgia Ave., NW Suite 200
Washington, DC 20010
202-882-0050 fax
202-882-0022

**Attorney for Plaintiff**