UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 05-198-01 (JGP) |
| v. | : |
| ROSA CHAVEZ, | : |
| Defendant. | : |

## ORDER

Based on the representations in the attached <u>Government's Unopposed Motion to Unseal the Information, Plea Materials, Plea Proceeding and Future Proceedings</u>, and the entire record in this matter, it is hereby

**ORDERED** that the motion is GRANTED and the Court's previously entered sealing order is VACATED.

_____
JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

NOV 1 4 2005
_____
DATE

cc:   Melvin L. Otey, Esq
      Counsel for Defendant

      Robert Bowman
      Daniel P. Butler
      Assistant U.S. Attorneys