HONORABLE JOHN GARRETT PENN, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**NOV 15 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-198-01</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| CHAVEZ, Rosa | : | Disclosure Date: <u>October 7, 2005</u> |

### RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government
(CHECK APPROPRIATE BOX)

( ✓ )  There are no material/factual inaccuracies therein.
(   )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____    ____10/17/05____
Prosecuting Attorney                                         Date

#### For the Defendant
(CHECK APPROPRIATE BOX)

(   )  There are no material/factual inaccuracies therein.
(   )  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____    _____
Defendant                    Date                    Defense Counsel                    Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **October 24, 2005**, to U.S. Probation Officer **LaVerne Ebron**, telephone number **(202) 565-1376**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

RECEIVED

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer



**Receipt and Acknowledgment**                                                                 **Page 2**

_____

[blank lined page]

Signed by: _____
                    (Defendant/Defense Attorney/AUSA)

Date: _____