HONORABLE JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

FILED
FEB - 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Rosa Chavez                                Docket No.: 05 CR 198-01

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that  Rosa Chavez  having been sentenced, on November 15, 2005, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to   FPC Alderson  , in   Alderson, WV   by 2 p.m., on   February 22, 2006  .

FEB 2 2006
Date

JOHN GARRETT PENN
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

ATTORNEY/U.S. PROBATION OFFICER                          DEFENDANT

Revised 6-2004